PHILLIP A. TALBERT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2775
Facsimile: (916) 554-2900
Email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>CHARLES FREITAS,<br><br>        Respondent. | 1:17-CV-00538-DAD-EPG<br><br>**ORDER TO SHOW CAUSE**<br>**RE: TAX SUMMONS ENFORCEMENT**<br><br>**Taxpayer: CHARLES FREITAS**<br><br>**Date: Friday, June 16, 2017**<br>**Time: 9:30 a.m.**<br>**Crtm: 10, 6th Floor**<br>**Judge: Honorable Erica P. Grosjean** |

Upon the petition of PHILLIP A. TALBERT, United States Attorney for the Eastern District of California, including the verification of Revenue Officer LISA R. LOPEZ (FORMERLY CUMIFORD), and the Exhibit attached thereto, it is hereby:

ORDERED that the Respondent, CHARLES FREITAS, appear before United States Magistrate Judge Erica P. Grosjean, in that Magistrate Judge's courtroom in the United States Courthouse, 2500 Tulare St., Fresno, California, on Friday, June 16, 2017, to show cause why the respondent should not be compelled to obey the IRS summons issued on June 8, 2016.

It is further ORDERED that:

1.  The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 302(c)(9), at the hearing scheduled above. After hearing, the Magistrate Judge intends to

1

1    submit proposed findings and recommendations under Local Rule 304(a), with the original thereof filed

2    by the Clerk and a copy provided to all parties.

3        2.    Under Fed. R. Civ. P. 4(c)(1), the Court hereby appoints the investigating IRS employee,

4    and all federal employees designated by that employee, to serve process in this case.

5        3.    To afford the respondent an opportunity to respond to the petition and the petitioner an

6    opportunity to reply, a copy of this order, the Petition and its Exhibits, and the Points and Authorities,

7    shall be served by delivering a copy to the respondent personally, or by leaving a copy at the

8    respondent's dwelling house or usual place of abode with some person of suitable age and discretion

9    then residing therein, or by any other means of service permitted by Fed. R. Civ. P. 4(e), at least 30 days

10    before the show cause hearing date including any continued date, unless such service cannot be made

11    despite reasonable efforts.

12        4.    Proof of any service done under paragraph 3, above, shall be filed with the Clerk as soon

13    as practicable.

14        5.    If the federal employee assigned to serve these documents is not reasonably able to serve

15    the papers as provided in paragraph 3, petitioner may request a court order granting leave to serve by

16    other means. *See* Fed. R. Civ. P. 81(a)(5). The request shall detail the efforts made to serve the

17    respondent.

18        6.    The file reflects a *prima facie* showing that the investigation is conducted pursuant to a

19    legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not

20    already within the Commissioner's possession, and that the administrative steps required by the Code

21    have been followed. *See United States v. Powell*, 379 U.S. 48, 57-58 (1964). The burden of coming

22    forward therefore has shifted to whoever might oppose enforcement.

23        7.    If the respondent has any defense or opposition to the petition, such defense or opposition

24    shall be made in writing and filed with the Clerk and a copy served on the United States Attorney at

25    least 10 days before the show cause hearing date including any continued date.

26        8.    At the show cause hearing, the Magistrate Judge intends to consider the issues properly

27    raised in opposition to enforcement. Only those issues brought into controversy by the responsive

28    pleadings and supported by affidavit will be considered. Any uncontested allegation in the petition will

be considered admitted.

9. The respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days before the date set for the show cause hearing, that the respondent has no objections to enforcement of the summons. The respondent's appearance at the hearing will then be excused.

IT IS SO ORDERED.

Dated: **April 20, 2017**

/s/ Elric P. Grosjean
UNITED STATES MAGISTRATE JUDGE